UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TAMARA WAREKA,<br><br>Plaintiff,<br><br>vs.<br><br>RAZZANNA LATIF, et al.,<br><br>Defendants. | 2:22-CV-13155<br><br>**ORDER DISMISSING CASE**<br><br>HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, the referral to the Magistrate Judge is RESCINDED and this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: July 11, 2023